SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(Email: Sean_Kennedy@fd.org)
EMILY J. GROENDYKE (No. 264102)
Deputy Federal Public Defender
(Email: Emily_Groendyke@fd.org)
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
ENRIQUE DIAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ENRIQUE DIAZ, | NO. CV 09-0147 RGK (RNB) |
| Petitioner, | STIPULATION AND |
| v. | [Proposed] PROTECTIVE ORDER |
| LARRY SMALL, Warden, | |
| Respondent. | |

Pursuant to *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003), Petitioner and Respondent, through their respective counsel, hereby stipulate, agree and request that this Court enter the following protective order regarding (1) documents and materials from trial counsel's files provided to Respondent during this habeas action; (2) any related testimony provided at depositions or an evidentiary hearing in this matter; and (3) any reference to such documents or testimony in the parties' pleadings submitted to the Court:

1.      This Court has ordered the production of documents and discovery in this

matter that Petitioner contends are subject to claims of attorney-client privilege or protected from disclosure by the attorney work product doctrine. The Court has ordered that Petitioner's trial counsel's file be produced to the Court. The Court will permit Petitioner's habeas counsel to review the materials for possible attorney-client privileged information that is not relevant to petitioner's habeas claims and to screen the rest of the files for work product. The Court will consider Petitioner's claims regarding privilege and relevance and order all materials relevant to Petitioner's habeas claims to be produced to Respondent. Such documents shall be subject to this Protective Order and shall remain confidential and sealed. If a deposition or an evidentiary hearing is held in this case, any testimony by Petitioner, Petitioner's experts, trial counsel, and any trial defense team member shall be subject to this Protective Order and shall remain confidential and sealed, provided, however, that the Court is not agreeing at this time to conduct any closed proceeding. Petitioner contends that the testimony provided by these witnesses is subject to claims of attorney-client privilege and/or protected from disclosure by the attorney work product doctrine.[1]

2.     All privileged documents and testimony produced to Respondent in this action may be used only for purposes of litigating this habeas corpus proceeding by: (a) Petitioner and the members of the legal team ( *i.e.*, lawyers, paralegals, investigators, and support staff) assigned to *Diaz v. Small* by the Office of the Federal Public Defender, and persons retained by Petitioner's counsel to litigate this matter, including, but not limited to, outside investigators, consultants and expert witnesses; and (b) Respondent and the members of the legal team (*i.e.*, lawyers, paralegals, investigators, and support staff) assigned to *Diaz v. Small* by the California Department of Justice, Attorney General's Office, and persons retained by Respondent's counsel to litigate this matter, including,

---

[1]Materials and testimony subject to a privilege and/or subject to the attorney work product doctrine will be referred to collectively hereinafter as "privileged" materials. Information obtained outside of this habeas proceeding or waived by some conduct other than its revelation in this habeas proceeding may not be considered protected material.

but not limited to, outside investigators, consultants and expert witnesses. This Protective Order extends to members of the legal teams and all persons retained by the parties to litigate this matter. All such individuals shall be provided with a copy of this Protective Order.

3.      Except for disclosure to the persons and agencies described in Paragraph 2, disclosure of the contents of the documents and testimony and the documents and testimony themselves shall not be made to any other persons or agencies, including, but not limited to, prosecutorial agencies and law enforcement personnel, without the Court's order.

4.      Privileged documents and testimony shall be clearly designated as such by labeling the documents or testimony in a manner that does not prevent reading the text of the document.

5.      All privileged documents and testimony submitted to this Court shall be submitted under seal in a manner reflecting their confidential nature and designed to ensure that the privileged material will not become part of the public record. Should a deposition or an evidentiary hearing be held in this matter, privileged testimony shall be clearly designated as such by marking the transcripts of the proceeding. Any pleading or other papers served on opposing counsel or filed or lodged with the Court that contains or reveals the substantive content of the privileged matter shall be filed under seal, and shall include a separate caption page that includes the following confidentiality notice or its equivalent:

///

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>TO BE FILED UNDER SEAL</u>

THIS PLEADING OR DOCUMENT CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO A PROTECTIVE ORDER AND IS NOT TO BE OPENED NOR ITS CONTENTS DISPLAYED OR DISCLOSED"

6.     If privileged documents or documents containing privileged matters are filed with this Court, they shall be filed with the Clerk of this Court in sealed envelopes prominently marked with the caption of the case and the foregoing Confidentiality Notice.  The Clerk of the Court is directed to maintain the confidentiality of any documents filed in accordance with the above.  Insofar as reasonably feasible, only confidential portions of the filings shall be under seal; and the parties shall tailor their documents to limit, as much as is practicable, the quantity of material that is to be filed under seal.  When a pleading or document contains only a limited amount of privileged content, a party may file a complete copy under seal and at the same time file on the public record an additional, redacted version of the document, blocking out the limited matter comprising the confidential portions.

7.     Petitioner's disclosure of documents from trial counsel's file in this action, and any related testimony by Petitioner or members of Petitioner's trial team at a deposition or evidentiary hearing in this case, does not constitute a waiver of Petitioner's rights under the Fifth and Sixth Amendments to the United States Constitution in the event of any retrial.

8.     This order shall continue in effect after the conclusion of the habeas corpus Petitioner's criminal case.  Any modification or vacation of this order shall only be made

///

///

1    upon notice to and an opportunity to be heard from both parties.

2

3                                    Respectfully submitted,

4                                    SEAN K. KENNEDY
                                     Acting Federal Public Defender
5

6
     DATED: June 28, 2010        By:  _____/S/_____
7                                     MARK R. DROZDOWSKI
                                      EMILY J. GROENDYKE
8                                     Deputy Federal Public Defenders,

9                                     Counsel for Petitioner,
                                      ENRIQUE DIAZ
10
                                      EDMUND G. BROWN, JR.
11                                    Attorney General for the State of California

12

13   DATED: June 28, 2010        By:  _____/S/_____
                                      ALLISON H. CHUNG
14                                    Deputy Attorney General

15                                    Counsel for Respondent,
                                      LARRY SMALL
16

17

18         IT IS SO ORDERED.

19
     DATED: June 29, 2010
20
                                      HONORABLE ROBERT N. BLOCK
                                      United States Magistrate Judge
21

22   Presented By:

23   SEAN K. KENNEDY
     Acting Federal Public Defender
24

25   By:_____/S/_____
          MARK R. DROZDOWSKI
26        EMILY J. GROENDYKE
          Deputy Federal Public Defenders,
27
          Counsel for Petitioner,
28        ENRIQUE DIAZ

                                     5

1

**PROOF OF SERVICE**

2       I, De Anna Dove, declare that I am a resident or employed in Los Angeles County,

3   California; that my business address is the Office of the Federal Public Defender, 321

4   East 2nd Street, Los Angeles, California  90012-4202, Telephone No. (213) 894-2854;

5   that I am over the age of eighteen years; that I am not a party to the action entitled below;

6   that I am employed by the Federal Public Defender for the Central District of California,

7   who is a member of the Bar of the State of California, and at whose direction I served a

8   copy of the attached **STIPULATION AND PROPOSED PROTECTION ORDER** on

9   the following individual(s) by:

10  [] Placing same in a        [] Placing same in       [X] Placing same in      [] Faxing same via
    sealed envelope for        an envelope for          a sealed envelope         facsimile machine
11  collection and             hand-delivery            for collection and        addressed as
    interoffice delivery       addressed as             mailing via the           follows:
12  addressed as               follows:                 United States Post
    follows:                                            Office, addressed
13                                                      as follows:

14
    Patsy Nanna Meyers
15  5757 W. Century Blvd
    Los Angeles, CA 90045
16

17       This proof of service is executed at Los Angeles, California, on June 28, 2010.

18       I declare under penalty of perjury that the foregoing is true and correct to the best

19  of my knowledge.

20

21                                                            _De Anna Dove_____
                                                             **De Anna Dove**
22

23

24

25

26

27

28